UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

Sealed Amended Motion for Revocation on Offender Under Supervised Release
Warrant Requested

| | | | |
|---|---|---|---|
| Name of Offender: | Justin Lashawn Taylor | Case Number: | 5:21-CR-134-1BO |
| Name of Sentencing Judge: | Honorable Terrence W. Boyle | | |
| Date of Original Sentence: | December 8, 2021 | | |
| Original Offense: | Possession of Ammunition by a Felon | | |
| | 18 U.S.C. § 922(g)(1), 21 U.S.C. § 924(a)(2) | | |
| Original Sentence: | 30 months imprisonment 36 months supervised release | | |
| Type of Supervision: | Supervised Release | Supervision Started: | 7/11/2023 |
| Defense Attorney: | Kimberly A. Moore | | |

## EARLIER COURT ACTION

7/24/23     A Petition for Action on Supervised Release was submitted stating the defendant submitted a urinalysis sample which tested positive for marijuana on July 13, 2023. The defendant requested that he receive substance abuse and mental health treatment to address his substance use and this officer requested that the following conditions be added to the defendant's conditions of supervised release: the defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility; and the defendant shall participate in a program of mental health treatment, as directed by the probation office. Your Honor ordered this modification on July 24, 2023.

8/31/23     A Violation Report was submitted stating the defendant submitted urinalysis samples which tested positive for marijuana on August 21, 2023; and August 31, 2023. This officer recommended no further action as the defendant was enrolled in individual dual diagnosis counseling at First Step Services. Your Honor agreed with this recommendation on August 31, 2023.

10/13/23     A Motion for Revocation on Offender Under Supervised Release was filed.

## PETITIONING THE COURT

Violation 1 -     Using a controlled substance.

             The defendant submitted a urinalysis sample which tested positive for marijuana and cocaine on September 21, 2023. The defendant admitted to using marijuana and touching cocaine on September 20, 2023.

             The defendant submitted a urinalysis sample which tested positive for amphetamine, methamphetamine, cocaine, and marijuana on October 30, 2023.

             The defendant submitted a urinalysis sample which tested positive for marijuana on November 8, 2023.

             The defendant submitted a urinalysis sample which tested positive for cocaine and marijuana on November 16, 2023.

Justin Lashawn Taylor
Docket No. 5:21-CR-134-1BO
PROB 12C
Page 2

Violation 2 -   Failure to participate as directed in a urinalysis program.

   The defendant failed to attend scheduled urinalysis testing on November 21, 2023.

This document updates the last filed Motion for Revocation wherein the court scheduled a hearing. In view thereof, we respectfully petition the court for the issuance of a warrant and recommend that the term of supervision be revoked. Since the defendant has a history of violence and a history of absconding, it is recommended that this petition and order be placed under seal until execution of the warrant. The purpose of sealing this document is to facilitate officer safety and to disallow the defendant's knowledge of issuance of the warrant.

   This the 28th day of November, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Peter J. Yalango
Peter J. Yalango
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-354-2546
Executed On: November 28, 2023

---

THE COURT ORDERS:

☑  ISSUANCE OF A WARRANT. This petition and warrant shall remain sealed until the warrant is executed. The Clerk shall provide a copy of the petition and warrant to the U.S. Probation Office and the U.S. Attorney's Office.
☐  OTHER:

_/s/ Terrence Boyle_     11-28-23
Terrence W. Boyle                  Date
United States District Judge