UNITED STATES DISTRICT COURT
FOR
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Justin Lashawn Taylor

**RECEIVED**
By USMS-E/NC at 12:57 pm, Nov 29, 2023

5:21-CR-134-1BO

TO: ¹U.S. Marshal or Other Qualified Officer.

## WARRANT FOR ARREST

You are hereby commanded to arrest the within-named individual and bring them, forthwith, before United States District Court to answer charges that they have violated the conditions of their supervision imposed by the court

NAME:

Justin Lashawn Taylor

| SUPERVISION IMPOSED BY: | DATE IMPOSED |
|---|---|
| The Honorable Terrence W. Boyle | 12/8/2021 |

TO BE BROUGHT BEFORE:

Honorable Terrence W. Boyle, US District Judge

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Peter A. Moore, Jr. | Linda Dolerico | 11/29/2023 |

### RETURN

| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| | | |

EXECUTING AGENCY (NAME AND ADDRESS)

| NAME | BY | DATE |
|---|---|---|
| | | |

¹Insert designation of officer to whom the warrant is issued, e.g. " any United States Marshal or any other authorized officer;" or "any United States marshal;" or "any Special Agent of the Federal Bureau of Investigation" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit".